Opinion filed November 17,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00323-CV

                                                    __________

 

                                IN
RE WAYNE ERNEST BARKER  



 

                                         Original
Mandamus Proceeding



 

                                            M E M O R A N
D U M   O P I N I O N

 

Relator, Wayne Ernest Barker, has filed a petition for writ of mandamus complaining of
Hon. Kenneth H. Keeling, Judge of the 278th District Court, with respect to
relator’s filing of a lawsuit under the Americans with Disabilities Act in
Walker County.  We dismiss for want of jurisdiction.

            Tex. Gov’t Code Ann. § 22.221(b)(1)
(West 2004) provides that each court of appeals for a court of appeals district
may issue all writs of mandamus, agreeable to the principles of law regulating
those writs, “against a . . . judge of a district or county court in the court
of appeals district.”  Walker County is not in the Eleventh Court of Appeals
District nor are Leon or Madison Counties, the other counties comprising the
278th District Court.  Tex. Gov’t Code
Ann. § 22.201(l) (West Supp. 2011); see Tex. Gov’t Code Ann. § 24.455  (West Supp.
2011).  Instead, these counties are in the Tenth Court of Appeals District.  See
Tex. Gov’t Code Ann. § 22.201(k)
(West Supp. 2011).  Therefore, we do not have jurisdiction to issue a writ of
mandamus against the Judge of the 278th District Court.

            Accordingly,
the petition for writ of mandamus is dismissed for want of jurisdiction.

            

                                                                                                PER
CURIAM

 

                                                                                                

November 17, 2011

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.